STATE v. CINEMA BLUE OF CHARLOTTE

No. 267P90

Case below: 98 N.C.App. 628 and 327 N.C. 142

Motion by defendants for reconsideration of dismissal of notice of appeal and denial of petition for discretionary review dismissed 20 August 1990. Motion by defendants for reinstatement of a writ of supersedeas, or in the alternative, petition for writ of supersedeas pending application to the U. S. Supreme Court denied 20 August 1990.

STATE v. CLEMMONS

No. 161P90

Case below: 97 N.C.App. 502

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

STATE v. GOLDMAN

No. 178P90

Case below: 97 N.C.App. 589

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

STATE v. HOLMES

No. 261P90

Case below: 98 N.C.App. 515

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.